IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER WATSON,<br><br>      Plaintiff,<br><br>      v.<br><br>HORNECKER COWLING, LLP,<br><br>      Defendant.<br>_____ | Case No. 1:21-cv-01662-CL<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 35), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although no objections were filed, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

      Magistrate Judge Clarke's Findings and Recommendation (ECF No. 35) is adopted in full. Defendant's special motion to strike under ORS 31.150 (ECF No. 13) is DENIED. Plaintiff's motion to strike Defendant's reply brief (ECF No. 33) is DENIED.

IT IS SO ORDERED.

      DATED this 30th day of September, 2022.

                                                /s/ Michael J. McShane
                                                Michael McShane
                                         United States District Judge