IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER WATSON,

    Plaintiff,

v.

HORNECKER COWLING, LLP,

    Defendant.

Case No. 1:21-cv-01662-CL

LIMITED JUDGMENT

MCSHANE, Judge:

    Consistent with the Court's Order adopting Magistrate Judge Clarke's Findings and Recommendation, Defendant's special motion to strike under ORS 31.150 (ECF No. 13) is DENIED.

IT IS SO ORDERED.

    DATED this 30th day of September, 2022.

/s/ Michael J. McShane
Michael McShane
United States District Judge