IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHRISTOPHER WATSON,                )
                                   )   Case No 1:21-cv-01662-CL
              Plaintiff,           )
         v.                        )
                                   )
                                   )   **JUDGMENT**
HORNECKER CROWLING,                )
LLP, an Oregon Limited             )
Liability Partnership,             )
                                   )
                                   )
              Defendant.            )

Based on the record,

Judgment is hereby entered according to the Opinion and Order dated January 25, 2024 [92]. This final judgment is entered in Defendant's favor.

DATED this 25th day of January, 2024.

                                        /s/ J K Montgomery
                                        J K Montgomery
                                        Case Administrator Deputy Clerk